DYKEMA GOSSETT LLP
Tamara A. Bush (SBN: 197153)
tbush@dykema.com
Ashley R. Fickel (SBN: 237111)
afickel@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

Attorneys for Plaintiff
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>         Plaintiff,<br><br>    vs.<br><br>NAVEX TRADING COMPANY, INC. d/b/a NEW AUTOS INC.,<br><br>         Defendant. | Case No.: 1:17-at-879<br><br>Assigned to Hon.<br>Courtroom:<br><br>**FORD MOTOR COMPANY'S COMPLAINT AND JURY DEMAND**<br><br>Complaint Filed: November 22, 2017<br>Trial Date:         TBD |

Plaintiff Ford Motor Company ("Ford"), through its counsel Dykema Gossett PLLC, alleges as its Complaint against Defendant Navex Trading Company, Inc. d/b/a New Autos Inc. ("New Autos"), as follows:

## NATURE OF THE ACTION

1. This is an action for interference with contract, equitable servitude, and declaratory relief arising out of an unauthorized purchase and imminent resale of a custom-made, model year 2017 Ford GT sports car, in violation of the Ford GT Application Program and contractual ownership restrictions pertaining to same. Ford seeks an injunction to prevent further transfer, sale, or movement of this rare, unique vehicle as well as a return of the vehicle to Ford. Upon information and belief, Ford

1

believes that the unique 2017 Ford GT will be moved, transferred, and/or sold today, and potentially exported oversees.

## THE PARTIES

2. Ford Motor Company ("Ford") is a Delaware corporation with its principal place of business located at One American Road, Dearborn, Michigan 48126.

3. Upon information and belief, New Autos, Inc. is a California corporation with its principal place of business located at 720 Main Street, Chico, CA 95928. As an auto brokerage, New Autos offers auto buying services to customers for new vehicles, including rare and unique vehicles.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332(a), as the parties are citizens of different states, and the amount in controversy, including the value of the injunctive relief sough, exceeds $75,000.

5. There is complete diversity of citizenship because Ford is a citizen of the states of Michigan and Delaware, and New Autos is a citizen of California.

6. Personal jurisdiction and venue in this Court are proper under 28 U.S. Code § 1391(b)(1) and (2) because New Autos principal place of business is in this judicial district and the motor vehicle that is the subject of this action is presently located in this judicial district.

## GENERAL ALLEGATIONS

7. The Ford GT "super car" is a limited edition, two-seater sports car designed to deliver extraordinary speed and exceptional handling found only in purpose-built racing cars. It has a 647 horsepower, 3.5L EcoBoost V6 engine, and the base vehicle sells at a manufacturer's suggested retail price ("MSRP") of over $450,000. Ford intends to build a very low volume of the Ford GT, for an approximate total of 1,000 vehicles over the next several years. For the 2017 Model Year, Ford has built less than 200 of the vehicles.

DYKEMA GOSSETT LLP
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243

8. Accordingly, Ford reserves these unique vehicles for only those individuals who truly desire a special ownership experience, such as car enthusiasts and collectors, those individuals who will be influencers and ambassadors of the vehicle and the Ford brand, and those individuals who truly desire to maintain ownership of the vehicle for their own use and not for purposes of reselling, flipping, or brokering the vehicle, or for price speculation.  As a result, Ford requires that the individuals who are ultimately selected to purchase the Ford GT agree not to sell their vehicle for 24 months after delivery.

9. Ford conducted an extensive selection process for the opportunity to purchase the vehicle through the Ford GT Application Program (the "Program"). Under the Program, Ford selects individuals who are best suited to enjoy the Ford GT to discuss a potential purchase of the vehicle.  In selecting these individuals, Ford takes into account, among other things, each applicant's interest in Ford cars, specifically the GT and in collectible cars generally, each applicant's relationship with Ford, if any, and each applicant's involvement in the motorsports community, if any.  Thousands of individuals applied for the opportunity to purchase a Ford GT under the Program.

10. Applicants who are selected under the Program will fill out forms indicating the customization and options they wish to apply to their Ford GT. Consequently, each Ford GT that is ultimately built is unique and individualized to that particular customer's taste.

11. Individuals selected to purchase a Ford GT under the program sign and notarize an Affidavit of Eligibility and Release ("Affidavit").  Celebrity John Cena was an applicant under the Program and selected to purchase a 2017 Ford GT.  Mr. Cena signed the Affidavit, which provides in pertinent part that:

> **6. Sales of the GT.** I understand and acknowledge that …(d) each seller of a GT will have the right to condition the sale on the purchaser's agreement to restrictions on resale or transfer of the GT or to a right of the seller to repurchase

DYKEMA GOSSETT LLP
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243

3

the GT within specified time periods, to the extent such restrictions or requirements are permitted under applicable law….I understand and acknowledge that any rights obtained by me in connection with the Program are not transferable.

(Affidavit, attached as **Exhibit 1**, ¶ 6).

12. In addition, those selected to purchase a Ford GT also execute Order Confirmations in which they choose options and in which a 24-month restriction on transfer of ownership is confirmed. On January 28, 2017, Mr. Cena made his options selections for the vehicle and signed his Order Confirmation (attached as **Exhibit 2**), which stated that:

> "By signing this Order Confirmation Form you are verifying the following: … (B) You understand that being selected for the opportunity to purchase this vehicle is **non-transferable** and **agree not to sell the vehicle within the first 24 months of delivery**."

13. On or about the evening of November 21, 2017, Ford learned that a certain 2017 Ford GT, with the same VIN number as a 2017 Ford GT recently sold to Mr. Cena (the "2017 Ford GT"), was on display in New Autos' showroom. Indeed, at that time, a Ford representative visited New Autos showroom, saw the vehicle and was able to photograph it.

14. During the Ford representative's visit to the showroom, a representative of New Autos said that the Ford 2017 GT was going to moved that night or next day. Upon information and belief, New Autos specializes in exporting units oversees, including to China.

15. In addition, New Autos is also advertising the vehicle in news stories, on-line, and in its showroom. For example, New Autos has been posting pictures on the internet of the vehicle sitting in its display room. (*See* screen shot of website post, attached as **Exhibit 3**). In investigating the matter, Ford also learned that on November 16, 2017, an Action News story posted, feature the 2017 Ford GT that

DYKEMA GOSSETT LLP
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243

New Autos is attempting to broker. (See website at: http://www.actionnewsnow.com/content/news/458102163.html).

16. New Autos is or should be aware of the Ford GT Program and the restrictions on transfer of ownership. In the news story, Burnie Knaus, owner of New Autos, acknowledges that when he received a request for a Ford GT supercar he was first excited but then states: ""My second thought was, the how the heck am I going to get them, almost nobody can get these cars…There's less than 90 of the Ford GT…." The news story also notes that more than 6,000 people applied to get the Ford GT and even sent in videos explaining why they deserved it.

17. Moreover, upon information and belief, New Autos specializes in obtaining new vehicles of all kind, including other high-end, limited edition vehicles, and touts itself as a licensed and bonded California Autos brokerage. Such transfer restrictions are common for limited edition vehicles, and other manufactures have required them for special vehicle programs.

18. Because any resale of Mr. Cena's 2017 Ford GT violates the transfer restrictions in both his contract and under the Ford GT Program, Ford seeks to enjoin further transfer and/or sales of the vehicle and seeks its return. Ford has also sent New Autos a cease and desist letter to refrain from transferring or brokering a sale of the vehicle further. New Autos had indicated that it does not agree with the demand to refrain from transferring or moving the vehicle.

19. If the vehicle is transferred further, or even exported overseas, Ford will suffer irreparable harm. By permitting New Autos to ignore the transfer restrictions under the Program, both the purpose of the Program and integrity of the selection process will be impugned. The Ford GT Program is intended to benefit Ford's most loyal and avoid customers, and parties that are interested in turning a profit on the vehicle should not be the first to receive such a highly anticipated, very limited, and extremely unique product when hundreds are still waiting. Moreover, Ford will also suffer other consequences from the unauthorized transfer, including homologation

DYKEMA GOSSETT LLP
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243

issues, exportation concerns and servicing of the vehicle, which is intended only to be performed by trained, authorized Ford GT Dealers.

## COUNT I

### (Intentional Interference with Contractual Relations)

20. The preceding paragraphs are hereby repeated and re-alleged as if set forth fully herein.

21. Ford and John Cena had a valid binding contract related to Ford GT Program and Mr. Cena's purchase of his 2017 Ford GT. In particular, one of the documents comprising the Ford/Cena contract includes the Affidavit, in which Mr. Cena acknowledged that his purchase of the Ford GT could be conditioned on restrictions on resale or transfer and that his Program rights were not transferable. (*See infra,* ¶ 11). In addition, another document comprising the Ford/Cena contract includes the Order Confirmation signed by Mr. Cena in which he agreed not to sell his vehicle within the first 24 months of delivery. (*See infra,* ¶ 12).

22. Upon information and belief, New Autos knew of the Ford/Cena contract, including, but not limited to, that the Ford GT Program required restrictions on ownership transfers and resale for any new Ford GT sold and that all customers of Ford GTs would enter into contracts containing these restrictions.

23. New Autos conduct prevented performance of the Ford/Cena contract, namely the ownership and transfer restrictions contained therein.

24. Upon information and belief, New Autos knew that disruption or performance was certain or substantially certain to occur;

25. Ford was harmed by New Autos conduct.

26. New Autos' conduct was as substantial factor in causing Ford's harm.

## COUNT II

### (Equitable Servitude)

27. The preceding paragraphs are hereby repeated and re-alleged as if set forth fully herein.

28. The 2017 Ford GT is personal property that was in the possession of Mr. Cena pursuant to an agreed restriction that it would not be sold or disposed of for 24 months. The restriction constitutes an equitable servitude which is enforceable against those who acquire the 2017 Ford GT.

29. Ford is informed and believes, and on that basis alleges, that New Autos knew that they acquired the 2017 Ford GT subject to the terms, conditions and obligations of Mr. Cena, subject to a restriction preventing the sale of the 2017 Ford GT.

30. As a result of New Autos' breaches of the foregoing equitable servitude, Ford is entitled to an order that New Autos hold the 2017 Ford GT in constructive trust for Ford.

31. Furthermore, unless the restriction on transfer is enforced, Ford will suffer substantial irreparable injury in that the 2017 Ford GT is a unique property and monetary damages will not provide adequate compensation. Therefore, Ford is entitled to preliminary and permanent injunctive relief enjoining New Autos, during the pendency of this action and permanently thereafter, from directly or indirectly transferring, selling, assigning, pledging, encumbering or in any way disposing of the 2017 Ford GT and (b) an order deeming the prior sale or sales of the 2017 Ford GT as void.

## COUNT III

### (Declaratory Relief)

32. The preceding paragraphs are hereby repeated and re-alleged as if set forth fully herein.

33. An actual controversy has arisen and now exists between Ford, on the one hand, and New Autos, on the other hand, concerning their respective rights and interests in the 2017 Ford GT. Ford contends that the 2017 Ford GT is subject to the 24-month restriction of the sale or transfer of the 2017 Ford GT. Ford is informed and believes, and on that basis alleges, that New Autos denies Ford's contentions.

DYKEMA GOSSETT LLP
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243

34.     Ford seeks a judicial determination of its rights and interests in the 2017 Ford GT in that Mr. Cena was prohibited from selling or transferring the 2017 Ford GT for 24-months.

35.     A judicial declaration is necessary and appropriate at this time under the circumstances so that Ford and New Autos may ascertain their rights, interests, obligations and duties with respect to the 2017 Ford GT including their respective claims of right to possession of the 2017 Ford GT and to avoid a multiplicity of actions.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Ford Motor Company respectfully requests that the Court award the following relief:

(A)    A preliminary and permanent injunction enjoining New Autos, during the pendency of this action and permanently thereafter, from directly or indirectly transferring, selling, assigning, pledging, encumbering, moving, or in any way disposing of the 2017 Ford GT;

(B)    An order deeming the prior sale or sales of the 2017 Ford GT as void;

(C)    An order that New Autos hold the 2017 Ford GT in constructive trust;

(D)    For monetary damages based on New Autos' interference with the Contract;

(E)    Award Ford its litigation costs, interest, and attorneys' fees; and

(F)    For such other relief the Court deems just and proper.

Dated:  November 22, 2017            DYKEMA GOSSETT LLP

By: */s/ Tamara A. Bush*
Tamara A. Bush
Ashley R. Fickel
Attorneys for Plaintiff
FORD MOTOR COMPANY

8

## **JURY DEMAND**

Ford requests a jury trial as to all issues triable to a jury.

Dated:  November 22, 2017                         DYKEMA GOSSETT LLP

By: */s/ Tamara A. Bush*
Tamara A. Bush
Ashley R. Fickel
Attorneys for Plaintiff
FORD MOTOR COMPANY

DYKEMA GOSSETT LLP
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243