UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>           Plaintiff,<br><br>   v.<br><br>NAVEX TRADING COMPANY, INC.<br>d/b/a NEW AUTOS INC.,<br><br>           Defendant. | CIV. NO. 2:17-02481 WBS CMK<br><br><u>ORDER RE: MOTION FOR TEMPORARY RESTRAINING ORDER</u> |

----oo0oo----

        Ford Motor Company ("Ford") brought this action against defendant Navex Trading Company, Inc. ("Navex") for intentional interference with contractual relations seeking, among other things, declaratory and injunctive relief to prevent the transfer, sale, or movement of a particular custom-made 2017 Ford GT sports car allegedly sold to non-party John Cena and displayed by defendant in its showroom.[1] Before the court is plaintiff's

---

[1] The Complaint also contains a claim for "Equitable Servitude," alleging that the a restriction upon resale in the

1

1 | Ex Parte Motion for Temporary Restraining Order filed November
2 | 22, 2017. (Docket No. 3.) The court held a hearing on the
3 | Motion on November 27, 2017.
4 | Upon request of the court, defendant provided
5 | documentation to the court establishing that the vehicle at issue
6 | was sold to a third party on October 19, 2017.[2] The court
7 | concludes that plaintiff has not met its burden of showing that
8 | it is likely to suffer irreparable harm in the absence of the
9 | temporary injunctive relief requested against defendant. Given
10 | this insufficient showing, the court will deny plaintiff's
11 | Motion.
12 | IT IS THEREFORE ORDERED that plaintiff's Ex Parte
13 | Motion for Temporary Restraining Order (Docket No. 3) be, and the
14 | same hereby is, DENIED.
15 | IT IS FURTHER ORDERED that plaintiff shall file any
16 | motion for a preliminary injunction by December 1, 2017.
17 | Defendant's opposition shall be filed by December 8, 2017. Any
18 | reply shall be filed by December 12, 2017. The court will hold
19 | oral argument on plaintiff's motion for a preliminary injunction
20 | on December 14, 2017 at 2:00 p.m. in Courtroom 5.
21 | Dated: November 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

contract was an equitable servitude which is enforceable against those who acquire the 2017 Ford GT, and due to defendant's breach of this equitable servitude, plaintiff "is entitled to an order that [defendant] hold[s] the 2017 Ford GT in constructive trust for Ford." (Compl. ¶¶ 28-31.)

[2] Defendant's representative also stated at the hearing that the vehicle was no longer in its showroom.