DYKEMA GOSSETT LLP
Tamara A. Bush (SBN: 197153)
tbush@dykema.com
Ashley R. Fickel (SBN: 237111)
afickel@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

Attorneys for Plaintiff
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NAVEX TRADING COMPANY, INC. d/b/a NEW AUTOS INC.,<br><br>Defendant. | Case No.: 2:17-cv--02481-WBS-CMK<br>_____<br><br>Assigned to Hon. William B. Shubb<br>Courtroom: 5<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE THE HEARING AND BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION**<br><br>Complaint Filed: November 22, 2017 |

WHEREAS, on November 22, 2017 Plaintiff Ford Motor Company ("Ford") filed a Complaint in this action against Defendant Navex Trading Company, Inc. d/b/a New Autos, Inc. ("New Autos") asserting causes of action for Intentional Interference with Contract, Equitable Servitude and Declaratory Relief.

WHEREAS, on November 22, 2017, Ford filed an Ex Parte Application for Temporary Restraining Order against Defendant New Autos in which Ford sought an order enjoining New Autos from transferring or otherwise disposing of the 2017 Ford GT which is the subject of Ford's complaint.

WHEREAS, on November 27, 2017, this court held a hearing on Ford's Application for Temporary Restraining Order and denied same.

WHEREAS, during the November 27, 2017 hearing, Ford represented that it would move forward with a Motion for Preliminary Injunction seeking the same relief as the Temporary Restraining Order. Accordingly, the Court issued an order setting a briefing schedule for the Motion for Preliminary Injunction as well as a hearing date. *See* ECF DKT 8

WHEREAS, following the November 27, 2017 hearing, defendant submitted to the court and provided to Ford paperwork regarding the legal ownership of the subject vehicle. Counsel for defendant has also since provided additional information to Ford's counsel.

WHEREAS, in light of the information shared by New Autos since the November 27, 2017 hearing, Ford has determined not to move forward with a Motion for Preliminary Injunction at this time.

**IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT:**

1. The briefing schedule and hearing date for Ford's not-yet-filed Motion for Preliminary Injunction be vacated.

Dated: December 1, 2017      DYKEMA GOSSETT LLP

By: */s/ Tamara A. Bush*
Tamara A. Bush
Ashley R. Fickel
Attorneys for Plaintiff
FORD MOTOR COMPANY

AS AUTHORIZED ON:       MILES MCLEOD, APLC

Dated: December 1, 2017      By: */s/ Brady D. McLeod*
Brady D. McLeod
Attorneys for Defendant
NAVEX TRADING COMPANY, INC. d/b/a NEW AUTOS INC.

1
STIPULATION AND [PROPOSED] ORDER TO VACATE THE HEARING AND BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION

## [~~PROPOSED~~] ORDER

Having reviewed the Parties' Stipulation and [Proposed] Order To Vacate the Hearing and Briefing Schedule for Preliminary Injunction Motion, and for good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. The briefing schedule and hearing date for Ford's not-yet-filed Motion for Preliminary Injunction be vacated.

**IT IS SO ORDERED.**

DATED: December 6, 2017      By: /s/ Hon. John A. Mendez
                                                  for HON. WILLIAM B. SHUBB

4814-9544-1495.1
ID\BUSH, TAMARA - 106148\000108